MARGARET BRUCK v. THIRD AVENUE RAILWAY COMPANY, Impleaded, etc.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.